UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GLADYS BLOUNT Plaintiffs, | ) ) ) |
| v. | ) **JUDGMENT** ) ) No. 5:19-CV-347-FL |
| UNITED STATES OF AMERICA Defendant. | ) ) ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 20, 2020, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on March 20, 2020, and Copies To:**
Gladys Blount (via CM/ECF Notice of Electronic Filing)
Neal Fowler  (via CM/ECF Notice of Electronic Filing)

March 20, 2020PETER A. MOORE, JR., CLERK

  /s/ Sandra K. Collins
(By) Sandra K. Collins, Deputy Clerk